Armando Tucci et al., Respondents-Appellants, v. State of New York et al., Appellants-Respondents. (Claim No. 40955.) — Staley, Jr., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.